THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID H. BERGMAN, Appellant.

(Argued April 15, 1931; decided May 12, 1931.)

*Henry Hirschberg* for appellant.

*Franklin A. Schriver, District Attorney,* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and a new trial ordered on the ground that the evidence fails to show that the fire which destroyed the defendant's property was of incendiary origin; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.